**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THE CHEROKEE NATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-16-1354-SLP** |
| | ) | |
| **THE DEPARTMENT OF THE INTERIOR, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**

COMES NOW Plaintiff, Cherokee Nation, and respectfully requests oral argument on Defendants' Motion to Dismiss [Doc. No. 51] (herein "Defendants' Motion"). In support of this request, Plaintiff Cherokee Nation states:

1. Plaintiff Cherokee Nation filed this action on November 28, 2016, seeking an equitable accounting of the trust assets held and managed by Defendants. *See* Complaint [Doc. No. 1].

2. On April 7, 2017, Defendants' filed their Motion seeking dismissal of Plaintiff's claims asserting that this Court lacks jurisdiction over such claims, despite ample authority to the contrary. *See* Doc. No. 51.

3. On June 14, 2017, Plaintiff Cherokee Nation filed its Response in Opposition to Defendants' Motion [Doc. No. 63]. Thereafter, on July 21, 2017, Defendants filed their Reply Brief regarding their Motion [Doc. No. 70].

4. On May 4, 2018, Plaintiff Cherokee Nation supplemented its Response in

Opposition [Doc. No. 63] with additional authority supporting denial of Defendants' Motion that was issued after the briefing on Defendants' Motion was complete. *See* Doc. No. 72. Defendants responded to this supplement on May 18, 2018. *See* Doc. No. 73.

5. The briefing on Defendants' Motion was completed July 21, 2017, a little over a year ago.

6. After briefing was complete, on November 27, 2017, this action was reassigned to the Honorable Scott L. Palk. Plaintiff believes Oral Argument on Defendants' Motion would be beneficial both due to the factual and legal issues being placed before the Court for resolution, and to discuss with the Court the background of the case prior to reassignment.

7. Counsel for Defendants have been contacted regarding Defendants' position on this Motion and Counsel for Defendants indicated that they believe the relief requested herein is unnecessary as a request for oral argument was made in the briefing on Defendants' Motion.

**WHEREFORE**, Plaintiff Cherokee Nation respectfully requests the Court set a hearing date for Oral Argument at its earliest convenience to hear and rule on Defendants' Motion to Dismiss [Doc. No. 51], along with any other relief the Court deems just and proper.

Respectfully submitted on August 15, 2018,

Todd Hembree, OBA No.
Attorney General
**THE CHEROKEE NATION OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 948
Tahlequah, OK 74465-0948
Tel – 918-456-0671
Fax – 918 – 458-5580
Email -    todd-hembree@cherokee.org


Sara Elizabeth Hill,  OBA No.
Secretary of the Environment and Natural Resources
**CHEROKEE NATION OFFICE OF THE ENVIRONMENT AND NATURAL RESOURCES**
P.O. Box 948
Tahlequah, OK 74465-0948
Tel - 918-207-3836
Fax - 918-458-6142
Email -    sarah-hill@cherokee.org


David F Askman
Michael Frandina
**ASKMAN LAW FIRM LLC**
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel - 720-407-4331
Email-    dave@askmanlaw.com
         michael@askmanlaw.com

      Michael Goodstein
      Anne Lynch
      **HUNSUCKER GOODSTEIN, PC**
      5335 Wisconsin Ave. N.W.
      Suite 360
      Washington, DC 20015
      Tel - 202-895-5380
      Email - mgoodstein@hgnlaw.com
          alynch@hgnlaw.com


      s/Dallas Lynn Dale Strimple
      Jason B. Aamodt, OBA No. 16974
      Deanna Hartley, OBA No. 19272
      Krystina E. Phillips, OBA No. 30111
      Dallas L.D. Strimple, OBA No. 30266
      **INDIAN AND ENVIRONMENTAL LAW GROUP**
      204 Reunion Center
      Nine East Fourth Street
      Tulsa, Oklahoma 74103
      Tel – 918-347-6169
      Email - jason@iaelaw.com
          deannaa@iaelaw.com
          krystina@iaelaw.com
          dallas@iaelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Anthony.Hoang@usdoj.gov

Dedra.Curteman@usdoj.gov

s/Dallas Lynn Dale Strimple
Dallas Strimple