## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHEROKEE NATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-1354-SLP |
| | ) | |
| THE DEPARTMENT OF THE INTERIOR, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is Plaintiff's Request for Oral Argument on Defendants' Motion to Dismiss [Doc. No. 74]. Plaintiff represents that Defendants' counsel does not believe the relief requested is necessary, based on a request for oral argument included in the briefing on Defendants' Motion.

It appears that the issues to be decided by the Court have been thoroughly briefed by the parties. Therefore, the Motion is DENIED at this time. If, upon further review, the Court determines that a hearing is necessary, a hearing will be set and the parties will be notified accordingly.

IT IS SO ORDERED this 16th day of August, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE